## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | No. 07-cr-208 |
| | ) | **18 U.S.C. § 1470** |
| Plaintiff, | ) | (Transfer of Obscene Material to a |
| | ) | Minor ) |
| v. | ) | |
| | ) | |
| **JASON A. BLOCK,** | ) | |
| | ) | |
| Defendant. | ) | |

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

OCT 1 2 2007

Stephan Harris, Clerk
Cheyenne

### INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

On or about and between April 11, 2007, and April 13, 2007, in the District of Wyoming and elsewhere, the Defendant, **JASON A. BLOCK,** using a means of interstate commerce, namely, the interstate telephone and cellular telephone networks, did knowingly transfer obscene matter to an individual who had not attained the age of 16 years, knowing said individual had not attained the age of 16.

In violation of 18 U.S.C. § 1470.

Dated this 12th day of October, 2007.

JOHN R. GREEN
Acting United States Attorney

By: _____
STUART S. HEALY, III
Assistant United States Attorney

## PENALTY SUMMARY
### Information

**DATE:**                October 12, 2007

**DEFENDANT NAME:**      JASON A. BLOCK

# VICTIM:                YES

**OFFENSE AND PENALTIES**:

**OFFENSE:**             18 U.S.C. § 1470
                         (Transfer of Obscene Material to a Minor )

**PENALTIES:**           0 - 10 Years Imprisonment
                         $250,000.00 Fine
                         3 Years Supervised Release
                         $100 Special Assessment
                         Class "C" Felony

**AGENT:** Randy Huff- DCl   **AUSA:** James C. Anderson

**ESTIMATED TIME OF TRIAL:**        **INTERPRETER NEEDED:**

✓ five days or less                 ___ Yes
___ over five days                  ✓ No
___ other

**THE GOVERNMENT:**

___ will                            ___ The court should not grant bond because
                                        the defendant is not bondable because
✓ will not                              there are detainers from other
                                        jurisdictions.
   **SEEK DETENTION IN THIS
   CASE.**